JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
TEL (408) 292-1040
FAX (408) 292-1045

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | ) CASE NO:  C07-03916 PVT |
| | ) |
| | ) CONSENT TO APPEAR BEFORE A |
| CARLOS MARIN | ) MAGISTRATE JUDGE |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| YOEL HANEGBI AND DOES 1-10 DBA | ) |
| | ) |
| ESHONE ELECTRIC | ) |
| | ) |
| DEFENDANTS | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In

accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby

voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

October 31, 2007

Respectfully Submitted

_____s/jdb_____ _____

James Dal Bon