NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET. SUITE 613
SAN JOSE. CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| CARLOS MARIN | CASE NUMBER |
| | C07 03916 RMW PVT |
| Plaintiff. | |
| YOEL HANEGBI, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: PRETRIAL PREPARATION; STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ADR CERTIFICATION BY PARTIES AND COUNSEL (BLANK); STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (BLANK); NOTICE OF NEED FOR ADR PHONE (BLANK); ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; GENERAL ORDER NO. 40; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DISTRICT COURT GUIDELINES; DEMAND FOR JURY TRIAL

in the within action by personally delivering true copies thereof to the person served as follows:

    Served : YOEL HANEGBI

    By Serving : Julia Jafari, Office Manager / Authorized To Accept Service Of Process

    Address : ( Business )

        21915b Lomita Avenue
        Cupertino. Ca 95014

    Date of Service : September 25, 2007

    Time of Service : 11:40AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 25. 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
DAVID NORIEGA

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : CARLOS MARIN
Defendant : YOEL HANEGBI, ET AL.

| Ref # 90776728 | **DECLARATION OF MAILING** | Case No. C07 03916 RMW PVT |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: PRETRIAL PREPARATION; STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ADR CERTIFICATION BY PARTIES AND COUNSEL (BLANK); STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (BLANK); NOTICE OF NEED FOR ADR PHONE (BLANK); ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; GENERAL ORDER NO. 40; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DISTRICT COURT GUIDELINES; DEMAND FOR JURY TRIAL

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

YOEL HANEGBI

( Business )
21915b Lomita Avenue
Cupertino, Ca 95014

Date of mailing: September 25, 2007

Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 25, 2007                Signature: _____

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| CARLOS MARIN | CASE NUMBER |
|---|---|
| Plaintiff, | C07 03916 RMW PVT |
| YOEL HANEGBI, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: PRETRIAL PREPARATION; STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ADR CERTIFICATION BY PARTIES AND COUNSEL (BLANK); STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (BLANK); NOTICE OF NEED FOR ADR PHONE (BLANK); ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; GENERAL ORDER NO. 40; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DISTRICT COURT GUIDELINES; DEMAND FOR JURY TRIAL.

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : DOES 1-10 DBA ESHONE ELECTRIC CO

    By Serving          : Julia Jafari, Office Manager / Authorized To Accept
                          Service Of Process
    Address             : ( Business ) ESHONE ELECTRIC CO.

                          21915b Lomita Avenue
                          Cupertino, Ca 95014
    Date of Service     : September 25, 2007

    Time of Service     : 11:40AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 25, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
DAVID NORIEGA

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : CARLOS MARIN
Defendant : YOEL HANEGBI, ET AL.

| Ref # 90776682 | **DECLARATION OF MAILING** | Case No. C07 03916 RMW PVT |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER RE: PRETRIAL PREPARATION; STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ADR CERTIFICATION BY PARTIES AND COUNSEL (BLANK); STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (BLANK); NOTICE OF NEED FOR ADR PHONE (BLANK); ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; GENERAL ORDER NO. 40; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DISTRICT COURT GUIDELINES; DEMAND FOR JURY TRIAL


in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

DOES 1-10 DBA ESHONE ELECTRIC CO

( Business ) ESHONE ELECTRIC CO.
21915b Lomita Avenue
Cupertino, Ca 95014

Date of mailing: September 25, 2007


Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date: September 25, 2007                    Signature: _____