## DAL BON & WANG

12 SOUTH FIRST STREET, SUITE 613        JAMES DAL BON
SAN JOSE, CA 95113        ADAM WANG
TEL (408) 292-1040
FAX (408) 351-0261

October 30, 2007

Yoel Hanegbi
Eshone Electric
PO Box 2511
Cupertino, CA 95015

Re: Marin vs Eshone Electric

Gentlepersons,

    As you know we represent the plaintiffs in this case. You have not answered the Complaint nor have you retained an attorney. If you do not either answer the complaint within ten days or have an attorney contact us we will file for default judgment against Yoel Hanegbi and Eshone Electric. Please act immediately.

Sincerely,

*/s/ James Dal Bon*

James Dal Bon