```
JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
TEL (408) 292-1040
FAX (408) 292-1045

ATTORNEY FOR PLAINTIFF
```

*E-FILED - 11/1/07*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARIN <br><br> PLAINTIFF, <br><br> VS. <br><br> YOEL HANEGBI AND DOES 1-10 DBA <br><br> ESHONE ELECTRIC <br><br> DEFENDANTS | CASE NO: C07-03916 RMW <br> ORDER GRANTING <br> 1) MOTION TO MOVE CASE MANAGEMENT CONFERENCE |

**NATURE OF CASE**

This is an action on behalf of CARLOS MARIN Plaintiff moves to continue the Case Management conference for the following reasons:

1) The first Case Management conference is set for November 2, 2007

2) The Complaint was filed on July 24, 2007.

3) The Complaint was served on September 25, 2007.

4) The Defendants have neither answered the complaint nor obtained an attorney.

5) The Plaintiff's attorney has sent a letter to the Defendant in today's mail asking them to retain an attorney or answer the complaint within ten days or we will file for default judgment.

6 The Plaintiff's attorney respectfully requests that the Case Management Conference be pushed back until December 7, 2007 in order to give the Defendants more time to answer or obtain an attorney.  In the alternative if the Defendants fail to respond in ten days, the Plaintiff will file for default.

Dated October 30, 2007

Respectfully Submitted

___s/jdb_____

James Dal Bon

Attorney for the Plaintiff

DECLARATION OF JAMES DAL BON

1) I declare under the penalty of perjury by the laws of the State of California that the following is true and correct:

2) The Proofs of Service attached to this Motion and marked Exhibit 1 are true copies of the Proofs our process server signed in this case.

3) The letter attached to this motion and marked Exhibit 2 is a true copy of a letter sent in today's mail to the defendants.

October 30, 2007

____s_/jdb_____

James Dal Bon

Attorney for Plaintiff

1  Dated: 11/1/07

2
   The Case Management Conference is continued to 12/7/07 @ 10:30 am.  Joint Case Management Statement is
3  due 11/30/07.

4  IT IS SO ORDERED,

5

6  *Ronald M. Whyte*
   _____

7  Honorable United States Court District Judge

8  Ronald M. Whyte