# PLAINTIFF'S EXHIBIT A

ESHONE ELECTRIC COMPANY
21915-B LOMITA AVE
CUPERTINO,CA  95015

PAY TO THE
ORDER OF

CARLOS I MARIN
1397 E SAN ANTONIO ST
SAN JOSE CA  95116

VOID AFTER 180 days

**VOID**

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

BANK OF AMERICA

SOUTH PORTLAND,ME

DEPOSIT ACCOUNT
0581302258

DEPOSIT AMOUNT
******679.75

**.** ** Non Negotiable **
Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID

| YOUR BANKING | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | REGULAR | 49.50 | 15.000 | 742.50 | |
| NET | 679.75 | 0581302258 | | | | | |

| | | TOTAL EARNINGS | 742.50 | 12259.21 |
|---|---|---|---|---|

| EMPLOYER INFORMATION | | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| ESHONE ELECTRIC COMPANY | | | SOC SEC | 46.04 | 760.09 |
| 21915-B LOMITA AVE | | | MEDICARE | 10.77 | 177.75 |
| CUPERTINO,CA  95015 | | M 03 | FEDERAL | 0.00 | 731.24 |
| | | M 03 | CA | 0.00 | 105.98 |
| | | | DBL | 5.94 | 98.08 |

PAY PERIOD 11/01/06 TO 11/15/06
CHECK DATE 11/15/06   CHECK # 7312700021

| | TOTAL WITHHOLDINGS | 62.75 | 1873.14 |
|---|---|---|---|

| PERSONAL INFORMATION | | ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|

CARLOS I MARIN
1397 E SAN ANTONIO ST
SAN JOSE CA  95116

SS# XXX-XX-3172 EMPL# 000003 DEPT# 000100

PAYROLLS BY **PAYCHEX.**

0084 **6982** 0002   000100

NET PAY

679.75

10386.07

# PLAINTIFF'S EXHIBIT B

| Name | | Carlos | | | period of : ▉▉▉▉▉-11/15/2006 | | |
|---|---|---|---|---|---|---|---|

| Date | Day | Site | Start | End | Total | Reg | OT |
|---|---|---|---|---|---|---|---|
| 10/27/2006 | Friday | | | | 10:15 | 0.75 | 1.50 | 10.25 |
| 10/28/2006 | Saturday | | | | 4:45 | 4 | | 4 |
| 10/29/2006 | Sunday | | | | 0:00 | | | |
| 10/30/2006 | Monday | | | | 10:45 | 0.75 | 2.00 | 10.75 |
| 10/31/2006 | Tuesday | | | | 0:00 | 0.00 | 0.0 | 0 |
| 11/1/2006 | Wednesday | | | | 9:00 | 8.00 | 1.0 | 9 |
| 11/2/2006 | Thursday | | | | 7:30 | 7.50 | 0.00 | 7.5 |
| 11/3/2006 | Friday | | | | 4:30 | 4.50 | 0.0 | 4.5 |
| 11/4/2006 | Saturday | | | | 4:00 | 4.00 | 0.0 | 4.00 |
| 11/5/2006 | Sunday | | | | 0:00 | 0 | 0.00 | 0 |
| 11/6/2006 | Monday | | | | 6:00 | 6 | 0.00 | 6 |
| 11/7/2006 | Tuesday | | | | 4:00 | 4 | 0.00 | 4 |
| 11/8/2006 | Wednesday | | | | 0:00 | 0.00 | 0.00 | 0.00 |
| 11/9/2006 | Thursday | | | | 0:00 | 0.00 | 0.00 | 0.00 |
| 11/10/2006 | Friday | | | | 3:30 | 3.5 | 0.00 | 3.5 |
| 11/11/2006 | Saturday | | | | 0:00 | 0 | 0.00 | 0 |
| 11/12/2006 | Sunday | | | | 0:00 | 0 | 0.00 | 0 |
| 11/13/2006 | Monday | | | | 8:00 | 8 | 0.00 | 8 |
| 11/14/2006 | Tuesday | | | | 8:00 | 8 | 0.00 | 8 |
| 11/15/2006 | Wednesday | | | | 8:00 | 8 | 0.00 | 8 |

| Totals | 0 | | 67.00 | 4.50 | 87.5 |
|---|---|---|---|---|---|
| | | | 49.50 | 0.00 | |

| Hours | 742.50 |
|---|---|
| OT | 0.00 |
| WT | 0 |
| Total | 742.50 |
| Car | 0 |
| Total Pay | 742.50 |
| Advance | 0 |
| Due Balance | 742.50 |

| | Straight Rate | OT |
|---|---|---|
| | 15.00 | 22.50 |

2 4
4.5 hour
19.5

# PLAINTIFF'S EXHIBIT C

Carlos Marin vs. Eschone Electric

| Date | Starting Time | Ending Time | Total Hours | Regular Hours | Overtime Hours | Double Time |
|---|---|---|---|---|---|---|
| Monday, October 16, 2006 | 7:30 | 16:30 | 9:00 | 8 | 1 | |
| Tuesday, October 17, 2006 | 7:00 | 19:30 | 12:30 | 8 | 4 | 0.5 |
| Wednesday, October 18, 2006 | 7:00 | 15:30 | 8:30 | 8 | 0.5 | |
| Thursday, October 19, 2006 | 7:00 | 16:45 | 9:45 | 8 | 1.75 | |
| Friday, October 20, 2006 | 7:30 | 17:30 | 10:00 | 8 | 2 | |
| Saturday, October 21, 2006 | 7:20 | 14:30 | 7:10 | | 7.1 | |
| Sunday, October 22, 2006 | | | 0:00 | | | |
| Monday, October 23, 2006 | 7:20 | 16:50 | 9:30 | 8 | 1 | |
| Tuesday, October 24, 2006 | 7:00 | 16:30 | 9:30 | 8 | 1.5 | |
| Wednesday, October 25, 2006 | 7:20 | 16:30 | 9:10 | 8 | 1.1 | |
| Thursday, October 26, 2006 | 7:10 | 16:00 | 8:50 | 8 | 0.83 | |
| Friday, October 27, 2006 | 7:00 | 15:00 | 8:00 | 8 | | |
| Saturday, October 28, 2006 | | | 0:00 | | | |
| Sunday, October 29, 2006 | | | 0:00 | | | |
| Monday, October 30, 2006 | 7:00 | 15:00 | 8:00 | 8 | | |
| Tuesday, October 31, 2006 | 7:00 | 15:00 | 8:00 | 8 | | |
| | | | | 96 | 20.78 | 0.5 |

| | | | |
|---|---|---|---|
| Total Hours | | | |
| Reguair Rate of pay 96 hours x | $15.00 = | | $1,440.00 |
| Overtime Rate pay 20.78 x | $22.50 = | | $467.55 |
| Double Time Rate .5 x | $30.00 = | | $15.00 |
| Total Owed | = | | $1,922.55 |
| Total Paid check #7312700018 | = | | 1873.65 |
| Total Unpaid Hours | | | $48.90 |

# PLAINTIFF'S EXHIBIT D

JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLOS MARIN,                              ) Case No: C07-03916
                                           )
            Plaintiff,                     )    DECLARATION OF CARLOS MARIN
                                           )
    vs.                                    )
                                           )
YOEL HANEGBI and DOES 1-10 dba             )
                                           )
ESHONE ELECTRIC CO                         )
                                           )
            Defendants                     )
                                           )
                                           )
                                           )
                                           )

I Carlos Marin, declare under penalty of perjury by the laws of the State of California that the

foregoing is true and correct based upon my knowledge:

1) Approximately two weeks ago Mr. Hanegbi served a law suit on me in small claims court for

"filing a false law suit" in this case.

2) Mr. Hanegbi contacted me on Monday, December 3, 2007 at about 4:27 pm. I missed his call.

3) On Tuesday December 2, 2007 I returned Mr. Hanegbi's call.

4) Mr. Hanegbi, in a loud raised voice, informed me that he had to appear in court on Friday and

that I have to dismiss my case.

c/c

5) Mr. Hanegbi told me in a raised loud voice that he would not dismiss his law suit against me.

6) Plaintiff's Exhibit A is a true and correct copy of my pay stub for the period 10/15/06 to 10/31/06 from Eschone Electric.

7) Plaintiff's Exhibit B is a true and correct copy of a the time card for the period 10/15/06 to 10/31/06 for Eschone Electric.

December 5, 2007

Carlos Marin

CMC

# PLAINTIFF'S EXHIBIT E

PLAINTIFF'S EXHIBIT E

1  JAMES DAL BON
   CA BAR #157942
   DAL BON AND WANG
2  12 S FIRST STREET #613
   SAN JOSE, CA 95113
3  ATTORNEY FOR PLAINTIFF

4

5                    UNITED STATES DISTRICT COURT

6                              FOR THE

7               NORTHERN DISTRICT OF CALIFORNIA

8
                                          )   Case No: C07-03916
9  CARLOS MARIN,                          )
                                          )   DECLARATION OF JAMES DAL BON
10           Plaintiff,                    )
                                          )
11      vs.                               )
                                          )
12 YOEL HANEGBI and DOES 1-10 dba         )
                                          )
13 ESHONE ELECTRIC CO                     )
                                          )
14          Defendants                    )
                                          )
15                                         )
                                          )
16  _____          )

17

18  I James Dal Bon , declare under penalty of perjury by the laws of the State of California that the

19  foregoing is tue and correct based upon my knowledge:

20  1) I spoke to Mr. Hanegbi  tonight 12/5/07 at approximately 6:10 pm., over the phone in order to

21  discuss the Case Management Conference Statement.

22  2) I informed of the nature of the Plaintiff's law suit.

23  3) Mr.  Hanegbi replied by shouting into the phone "James Dal Bon you are a loser attorney."

24  4) Mr. Hanegbi hung up the phone.

25  5) Plaintiff's Exhibit C is a true and correct copy of a spreadsheet I prepared demonstrating Mr.

cmc

1  Hanegbi did not pay my client overtime for the period 10/15/06 to 10/31/06.

2

3

4  December 5, 2007

5

6  _____ s/jdb _____

7  James Dal Bon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CKC