UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: December 7, 2007

Case No. C-07-03916-RMW        JUDGE: Ronald M. Whyte

CARLOS MARIN                         -v-  YOEL HANEGBI, et al.
Title

J. Dal Bon                                              Pro Se via Telephone
Attorneys Present                            Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Defendant appeared via telephone and advised the Court that he will not be getting an attorney. Defendant filed a response to the complaint this morning. Defendant requested to continue the conference. The Court continued this matter to 12/14/07 @ 10:30 AM for a Further Case Management Conference.