# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: December 14, 2007

Case No. C-07-03916-RMW          JUDGE: Ronald M. Whyte

CARLOS MARIN                                -v- YOEL HANEGBIN
Title

Appeared                                       Appeared (Pro Se)
Attorneys Present                              Attorneys Present

COURT CLERK: Jackie Garcia                     COURT REPORTER: Not Reported


### PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

**Hearing Held.  Defendant has filed a small claim case.  Plaintiff's counsel advised the Court that he is willing to dismiss this case if defendant is willing to dismiss the small claim case.  Defendant advised that he wanted an apology from counsel.  Defendant needed time to consider how he wants to proceed with the case.  The Court continued this matter to 1/11/08 @ 10:30 am for a Further Case Management Conference.  Defendant made a request for access to ECF.**