UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 11, 2008

Case No. C-07-03916-RMW        JUDGE: Ronald M. Whyte

CARLOS MARIN                          -v- YOEL HANEGBI, et al.
Title

J. Dal Bon                                       Appeared (Pro Se)
Attorneys Present                        Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. Plaintiff moves to dismiss case with prejudice. The dismissal was put on the record. Each side to bear their own fees and cost. Case is dismissed and the Clerk shall close the file.